BEFORE THE THIRD DIVISION, DECEMBER 28, 1938

**No. 40253.**—Protests 851314–G, etc., of A. W. Fenton Co. (Cleveland).

Opinion by CLINE, J.  On the authority of *Fenton* v. *United States* (C. D. 40) the wooden boxes in question were held dutiable at 33⅓ percent under paragraph 412.  The silk baby shoes were held dutiable at 90 percent under paragraph 1529 as assessed.

**No. 40254.**—Protest 953795–G of Lansdowne Co., Inc. (New York).

Opinion by CLINE, J.  The protest was submitted without the introduction of evidence in support of the claims made.  On the record presented the protest was overruled.

**No. 40255.**—Protest 948187–G of V. Sabella & Co. (New York).

Opinion by EVANS, J.  It was stipulated that the merchandise consists of origan similar to that the subject of *United States* v. *Strohmeyer* (25 C. C. P. A 120, T. D. 49242).  The claim for free entry under paragraph 1722 was therefore sustained.

**No. 40256.**—Protest 948189–G of Amtorg Trading Corp. (New York).

Opinion by EVANS, J.  In accordance with stipulation of counsel and on the authority of *United States* v. *Penick* (24 C. C. P. A. 436, T. D. 48901) peppermint leaves were held free of duty under paragraph 1722 as claimed.

**No. 40257.**—Protests 949833–G, etc., of Damascus Trading Co. et al. (New York).

Opinion by EVANS, J.  It was stipulated that the merchandise consists of thyme similar to that the subject of *Seeck* v. *United States* (T. D. 47383).  The claim for free entry under paragraph 1669 was therefore sustained.

**No. 40258.**—Protest 958836–G of Const. Gallanos (New York).

Opinion by EVANS, J.  It was stipulated that the commodity in question is olives in brine.  On the authority of *Skourtsis* v. *United States* (T. D. 48218) the claim at 20 cents per gallon under paragraph 744 was sustained.

**No. 40259.**—Protest 946417–G (B) of Kerr, Gifford & Co. (San Francisco).

Opinion by EVANS, J.  On the record presented the protest was overruled.